IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DOREEN TRUNNELL,

    Plaintiff,

v.                                      CASE NO. 1:11-cv-38-SPM-GRJ

ADVANCE STORES COMPANY, INC.
d/b/a ADVANCED AUTO PARTS,

    Defendant.
_____/

## O R D E R

    This matter is before the Court upon Defendant's Unopposed Motion For Enlargement Of Time To File Its Answer/Response To Plaintiff's Complaint. (Doc. 6.) Defendant requests an extension of time up to and including May 13, 2011 to respond to Plaintiff's Complaint. (Doc. 1.) Defendant has conferred with Plaintiff's counsel pursuant to Local Rule 7.1(B) and represents that Plaintiff does not object to the relief requested in Defendant's motion.

    Upon due consideration, it is hereby **ORDERED** that:

(1)    Defendant's Unopposed Motion For Enlargement Of Time To File Its Answer/Response To Plaintiff's Complaint (Doc. 6) is **GRANTED**.

(2)    Defendant shall respond to the Complaint (Doc. 1) by **May 13, 2011**.

**DONE AND ORDERED** this 2nd day of May, 2011.

                                          *s/ Gary R. Jones*
                                          GARY R. JONES
                                          United States Magistrate Judge